# ALABAMA COURT OF CRIMINAL APPEALS



December 29, 2023

**CR-2022-1204**
Matthew Sherman Phillips v. Governor Kay Ivey and Alabama Department of
Corrections (Appeal from Morgan Circuit Court: CV-21-28)

## <u>NOTICE</u>

You are hereby notified that on December 29, 2023, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk